UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MARTIN, et al., | Case No. 1:20-cv-00288-DAD-BAM |
| Plaintiffs, | **ORDER RESETTING MANDATORY SCHEDULING CONFERENCE** |
| v. | (Doc. Nos. 8, 9) |
| COUNTY OF KINGS, et al., | |
| Defendants. | |

This matter is currently set for a Mandatory Scheduling Conference on June 2, 2020.  On April 26, 2020, counsel for plaintiffs filed a Notice of Unavailability representing that he will be unavailable for all purposes from April 27, 2020, through June 8, 2020 due to a non-elective medical procedure.  (Doc. No. 9.)  In light of the notice, and good cause appearing, the Mandatory Scheduling Conference is HEREBY RESET to **July 7, 2020, at 9:00 AM in Courtroom 8 (BAM) before the undersigned**.  At least one (1) full week prior to the Scheduling Conference, the parties shall file a Joint Scheduling Report.  The parties may appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.  <u>Plaintiffs are directed to serve a copy of this Order on defendants.</u>

IT IS SO ORDERED.

Dated:   **April 27, 2020**                    /s/ *Barbara A. McAuliffe*            
                                                                                   UNITED STATES MAGISTRATE JUDGE

1