UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL TRAYVON MARTIN, deceased, by and through RAYMOND MARTIN, as Successor in Interest; and RAYMOND MARTIN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KINGS, et al.,<br><br>Defendants. | Case No.  1:20-cv-00288-DAD-BAM<br><br>**ORDER GRANTING EX PARTE REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>(Doc. No. 50) |

Currently before the Court is the ex parte request of Defendants County of Kings, Sheriff David Robinson, Commander Kim Pedreiro, Detentions Deputy Mayra Razo, Detentions Deputy Rodolfo Bejarano, Senior Detentions Deputy Joshua Cota, Detentions Sergeant Humberto Hernandez, Detentions Deputy Brian Davis, Senior Detentions Deputy Craig Houston, Senior Detentions Deputy Ruben Gonzalez, Detentions Deputy Brianna Brooks, Detentions Deputy Emmanuel Diaz, and Detentions Deputy Patrick Fowler (collectively "County Defendants") to continue the January 12, 2021 Scheduling Conference.  (Doc. No. 50.)  In support of the request, County Defendants explain that new counsel is being retained to represent some of the individual County of Kings defendants.  To allow new counsel time to become familiar with the case and to participate in the preparation of the joint scheduling conference statement, County Defendants

1

therefore ask that the scheduling conference be continued for thirty to sixty days. (*Id.*)

Plaintiffs and Defendants NaphCare, Inc., NaphCare, U.S., Inc., Alan V. Aguilar, Tiffany Mendoca (erroneously sued as "Mendonca"), Alicia Clarke and Jeffrey Alvarez, M.D. filed statements of non-opposition to the request on January 7, 2021. (Doc. Nos. 52, 53.)

Having considered the unopposed request, and good cause appearing, County Defendants' ex parte request to continue the January 12, 2021 Scheduling Conference is GRANTED. The Scheduling Conference is CONTINUED to **March 4, 2021, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. At least seven (7) days before the conference, the parties shall file a Joint Scheduling Report. The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **January 10, 2021**          /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE