|   |   |
|---|---|
| 1 | **THE SCHAPS LAW OFFICE, A.P.C.** |
| 2 | MICHAEL A. SCHAPS, State Bar # 247423 |
|   | 732 3rd Street, Suite B |
| 3 | Davis, CA 95616 |
| 4 | Telephone: (530) 238-5111 |
|   | Facsimile: (530) 231-2829 |
| 5 |   |
|   | **LAW OFFICE OF STEWART KATZ** |
| 6 | STEWART KATZ, State Bar # 127425 |
| 7 | 555 University Avenue, Suite # 270 |
|   | Sacramento, California 95825 |
| 8 | Telephone: (916) 444-5678 |
| 9 |   |
|   | **LAURIA TOKUNAGA GATES & LINN, LLP** |
| 10 | Paul A. Cardinale, State Bar # 215812 |
|   | 1755 Creekside Oaks Drdive, Suite 240 |
| 11 | Sacramento, CA 95833 |
| 12 | Telephone:  (916) 492-2000 |
|   | Fax:  (916) 492-2500 |
| 13 |   |
| 14 | WENDELL TRAYVON MARTIN, deceased, by and through RAYMOND MARTIN, as Successor in Interest; RAYMOND MARTIN, Individually |
| 15 |   |
| 16 | UNITED STATES DISTRICT COURT |
| 17 | EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 18 | | |
| 19 | WENDELL TRAYVON MARTIN, deceased, by and through RAYMOND MARTIN, as Successor in Interest; and RAYMOND MARTIN, individually, | NO. 1:20-cv-00288-DAD-BAM |
| 20 | | |
| 21 | | **ORDER REGARDING STIPULATION TO FILE SECOND AMENDED COMPLAINT** |
| 22 | Plaintiffs, | |
| 23 | vs. | |
| 24 | COUNTY OF KINGS; DAVID ROBINSON, Sheriff-Coroner-Public Administrator, Kings County; KIM PEDREIRO, Jail Commander, Kings County Sheriff's Department; Detention Sergeant ROBERT VASQUEZ; Detention Deputy MARYA RAZO; Detention Deputy RODOLFO BEJARANO; Detention Senior | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1

Deputy JOSHUA COTA; Detention Sergeant HUMBERTO HERNANDEZ; Detention Deputy BRIAN DAVIS; Detention Senior Deputy CRAIG HOUSTON(ID # 5314); Detention Senior Deputy RUBEN GONZALEZ; Detention Deputy BRIANNA BROOKS; Detention Deputy EMMANUEL DIAZ; Detention Deputy PATRICK FOWLER; Registered Nurse ALAN V. AGUILAR; NAPHCARE, INC.; NAPHCARE U.S., INC.; Licensed Vocational Nurse TIFFANY MENDONCA; JEFFREYALVAREZ M.D.; Registered Nurse ALICIA CLARKE; and DOES 1 through 60, inclusive,

                Defendants.

_____/

## ORDER

The Court accepts the stipulation of the parties and finds good cause to permit the correction of the second amended complaint and orders that that the corrected second amended complaint be filed *nunc tunc pro* so as not to require that the complaint be re-served or that additional answers be filed.

IT IS SO ORDERED.

Dated:   **May 11, 2021**                    /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE