1 | Paul A. Cardinale, State Bar No. 215812
2 | LAURIA TOKUNAGA GATES & LINN, LLP
3 | 1755 Creekside Oaks Drive, Suite 240
  | Sacramento, CA 95833
  | Tel: (916) 492-2000
4 | Fax: (916) 492-2500
5 | Pcardinale@ltglaw.net

6 | Attorneys for Defendants NAPHCARE, INC., NAPHCARE, U.S., INC., ALAN V. AGUILAR, TIFFANY MENDOCA (erroneously sued as "MENDONCA"), ALICIA CLARKE and JEFFREY
7 | ALVAREZ, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL TRAYVON MARTIN, deceased, by and through RAYMOND MARTIN, as Successor in Interest; and RAYMOND MARTIN, individually,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; DAVID ROBINSON, Sheriff-Coroner-Public Administrator, Kings County; KIM PEDREIRO, Jail Commander, Kings County Sheriff's Department; Detention Sergeant ROBERT VALDEZ; Detention Deputy MARYA RAZO; Detention Deputy RODOLFO BEJARANO; Detention Senior Deputy JOSHUA COTA; Detention Sergeant HUMBERTO HERNANDEZ; Detention Deputy BRIAN DAVIS; Detention Senior Deputy CRAIG HOUSTON (ID#5314); Detention Senior Deputy RUBEN GONZALEZ; Detention Deputy BRIANNA BROOKS; Detention Deputy EMMANUEL DIAZ; Detention Deputy PATRICK FOWLER; Registered Nurse ALAN V. AGUILAR; NAPHCARE, INC.; NAPHCARE U.S., INC.; Licensed Vocational Nurse TIFFANY MENDONCA; JEFFREY ALVAREZ M.D.; Registered Nurse ALICIA CLARKE; and DOES 1 through 60, inclusive,<br><br>            Defendants. | CASE NO.: 1:20-cv-00288-DAD-BAM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NO. 63)** |

The parties hereby stipulate and agree to modify the Scheduling Order (ECF No. 63) in this matter as follows:

1. This is a case involving the death of WENDELL TRAYVON MARTIN while he was an inmate at Kings County Jail in Hanford, California. The parties have been diligently moving forward with discovery including extensive written discovery. Defendants have also completed the deposition of Plaintiff RAYMOND MARTIN. Given the sheer volume of documents involved in this matter, the depositions of the individual Defendants have yet to be taken. In order to conduct meaningful depositions of these individuals, the relevant documents need to be exchanged among the parties. This process is nearly complete and the parties anticipate that the depositions of the Defendants, specifically the NaphCare Defendants, will be completed within the next 90 days.

2. In addition, a resolution has been reached between Plaintiff and the County of Kings and the related individual defendants. Since the settlement involves a government entity, it requires approval by governmental boards. If the discovery deadlines are not extended, the parties would be required to undertake a significant number of depositions out of an abundance of caution which would be rendered moot upon approval of the settlement.

3. Moreover, initial discovery in this matter was delayed due to illness by Plaintiff's counsel which required emergency surgery and, in recent months, COVID-19 related issues for NaphCare's counsel and his staff additionally caused a significant and unexpected delay in discovery.

4. Therefore, despite diligent efforts, and given the number of defendants in this case, the parties will not be able to complete the non-expert discovery by the current deadline. Therefore, the parties agree to continue the discovery dates as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Amendment of Pleadings | April 19, 2021 | Closed |
| Expert Disclosure | July 1, 2022 | November 1, 2022 |
| Supplemental Expert Disclosure | August 1, 2022 | December 1, 2022 |
| Non-expert Discovery Cutoff | May 20, 2022 | September 20, 2022 |

| Expert Discovery Cutoff | September 9, 2022 | January 9, 2023 |
| --- | --- | --- |
| Pretrial Motion Filing Deadline | November 4, 2022 | March 3, 2023 |
| Last Day to File Dispositive Motions | November 22, 2022 | March 22, 2023 |

DATED:  March 18, 2022            LAW OFFICE OF STEWART KATZ

                                  */s/ Stewart Katz*
                              By: _____
                                  Stewart Katz, Esq.
                                  Attorneys for Plaintiffs

DATED:  March 18, 2022            THE SCHAPS LAW OFFICE, A.P.C.

                                  */s/ Michael A. Schaps*
                              By: _____
                                  Michael A. Schaps, Esq.
                                  Attorneys for Plaintiffs


DATED:  March 18, 2022            WEAKLEY & ARENDT, P.C.

                                  */s/ James Arendt*
                              By: _____
                                  James Arendt, Esq.
                                  Attorneys for Defendants COUNTY OF KINGS,
                                  DAVID ROBINSON, KIM PEDREIRO, HUMBERTO
                                  HERNANDEZ, BRIAN DAVIS, CRAIG HOUSTON,
                                  RUBEN GONZALEZ, BRIANNA BROOKS,
                                  EMMANUEL DIAZ & PATRICK FOWLER


DATED:  March 18, 2022            MAYALL HURLEY, PC

                                  */s/ Mark E. Berry*
                              By: _____
                                  Mark E. Berry, Esq.
                                  Attorneys for Defendants ROBERT VAZQUEZ,
                                  MAYRA RAZO LOPEZ, RODOLFO BEJARANO &
                                  JOSHUA COTA

1  DATED:  March 18, 2022							LAURIA TOKUNAGA GATES & LINN, LLP

								*/s/ Paul A. Cardinale*
							By: _____
								Paul A. Cardinale, Esq.
								Attorney for Defendants NAPHCARE, INC., NAPHCARE, U.S., INC., ALAN V. AGUILAR TIFFANY MENDOCA (erroneously sued as "MENDONCA"), ALICIA CLARKE and JEFFREY ALVAREZ, M.D.

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the request to modify the Scheduling Order is GRANTED.  The Scheduling Order in this matter is modified as follows:

| | |
|---|---|
| Expert Disclosure: | November 1, 2022 |
| Supplemental Expert Disclosure: | December 1, 2022 |
| Non-expert Discovery Cutoff: | September 20, 2022 |
| Expert Discovery Cutoff: | January 9, 2023 |
| Pretrial Motion Filing Deadline: | March 3, 2023 |
| Last Day to File Dispositive Motions: | March 22, 2023 |

The Pretrial Conference on June 19, 2023 remains as scheduled.  The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:  **March 23, 2022**				/s/ *Barbara A. McAuliffe*
										UNITED STATES MAGISTRATE JUDGE