1  Paul A. Cardinale, State Bar No. 215812
   **MEDICAL DEFENSE LAW GROUP**
2  3800 Watt Avenue, Suite 245
3  Sacramento, CA 95821
   Tel: (916) 244-9116
4  Fax: (916) 244-9130
   Email:  paul.cardinale@med-defenselaw.com
5

6  Attorneys for Defendants NAPHCARE, INC., NAPHCARE, U.S., INC., ALAN V. AGUILAR,
   TIFFANY MENDONCA, ALICIA CLARKE and JEFFREY ALVAREZ, M.D.
7
                              **UNITED STATES DISTRICT COURT**
8
                              **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| WENDELL TRAYVON MARTIN, deceased, by and through RAYMOND MARTIN, as Successor in Interest; and RAYMOND MARTIN, individually,<br><br>          Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; DAVID ROBINSON, Sheriff-Coroner-Public Administrator, Kings County; KIM PEDREIRO, Jail Commander, Kings County Sheriff's Department; Detention Sergeant ROBERT VALDEZ; Detention Deputy MARYA RAZO; Detention Deputy RODOLFO BEJARANO; Detention Senior Deputy JOSHUA COTA; Detention Sergeant HUMBERTO HERNANDEZ; Detention Deputy BRIAN DAVIS; Detention Senior Deputy CRAIG HOUSTON (ID#5314); Detention Senior Deputy RUBEN GONZALEZ; Detention Deputy BRIANNA BROOKS; Detention Deputy EMMANUEL DIAZ; Detention Deputy PATRICK FOWLER; Registered Nurse ALAN V. AGUILAR; NAPHCARE, INC.; NAPHCARE U.S., INC.; Licensed Vocational Nurse TIFFANY MENDONCA; JEFFREY ALVAREZ M.D.; Registered Nurse ALICIA CLARKE; and DOES 1 through 60, inclusive,<br><br>          Defendants. | CASE NO.: 1:20-cv-00288-DAD-BAM<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NOS. 63, 72)** |

The parties hereby stipulate and agree to modify the Scheduling Order (ECF Nos. 63, 72) in this matter as follows:

1. This is a case involving the death of WENDELL TRAYVON MARTIN while he was an inmate at Kings County Jail in Hanford, California. The parties have been diligently moving forward with discovery including extensive written discovery. Defendants have also completed the deposition of Plaintiff RAYMOND MARTIN. Following that deposition, Defendant NaphCare requested and subpoenaed additional records and documents, some of which still have not been received. Given the sheer volume of documents involved in this matter, the depositions of the individual Defendants have yet to be taken. Moreover, Plaintiff and Defendant NaphCare had a dispute regarding document production from NaphCare that took several months to resolve. The parties anticipate that the depositions of the Defendants, specifically the NaphCare Defendants, will be completed within the next 60 days.

2. Moreover, initial discovery in this matter was delayed due to illness by Plaintiff's counsel which required emergency surgery and, in recent months, COVID-19 related issues for NaphCare's counsel and his staff as well as additionally caused a significant and unexpected delay in discovery.

4. Therefore, despite diligent efforts, and given the number of defendants in this case, the parties will not be able to complete the non-expert discovery by the current deadline. Therefore, the parties agree to continue the discovery dates as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Amendment of Pleadings | Closed | Closed |
| Expert Disclosure | November 1, 2022 | January 9, 2023 |
| Supplemental Expert Disclosure | December 1, 2022 | February 8, 2023 |
| Non-expert Discovery Cutoff | September 20, 2022 | November 30, 2022 |
| Expert Discovery Cutoff | January 9, 2023 | March 17, 2023 |

| | | |
|---|---|---|
| Pretrial Motion Filing Deadline | March 3, 2023 | May 12, 2023 |
| Last Day to File Dispositive Motions | March 22, 2023 | June 2, 2023 |

DATED: August 22, 2022            LAW OFFICE OF STEWART KATZ

                                  */s/ Stewart Katz*
                              By: _____
                                  Stewart Katz, Esq.
                                  Attorneys for Plaintiffs

DATED: August 22, 2022            THE SCHAPS LAW OFFICE, A.P.C.

                                  */s/ Michael A. Schaps*
                              By: _____
                                  Michael A. Schaps, Esq.
                                  Attorneys for Plaintiffs

DATED: August 22, 2022            MEDICAL DEFENSE LAW GROUP

                                  */s/ Paul A. Cardinale*
                              By: _____
                                  Paul A. Cardinale, Esq.
                                  Attorney for Defendants NAPHCARE, INC.,
                                  NAPHCARE, U.S., INC., ALAN V. AGUILAR,
                                  TIFFANY MENDONCA, ALICIA CLARKE and
                                  JEFFREY ALVAREZ, M.D.

## **ORDER**

Based on the parties' stipulation, and for good cause appearing, the Scheduling Order is modified as follows:

Expert Disclosure:                     January 9, 2023
Supplemental Expert Disclosure:        February 8, 2023
Non-expert Discovery Cutoff:           November 30, 2022
Expert Discovery Cutoff:               March 17, 2023
Dispositive Motion Filing Deadline:    June 2, 2023

In addition, to accommodate the Court's scheduling requirements, the Pretrial Conference currently set for June 19, 2023, is HEREBY CONTINUED to **November 20, 2023, at 1:30 p.m. in Courtroom 5 (DAD) before District Judge Dale A. Drozd.**

IT IS SO ORDERED.

Dated:  **August 23, 2022**                              /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE